2182.  SISTERS OF THE ORDER OF ST. JOSEPH *v.* FARRELL HEATING
AND PLUMBING COMPANY.

RUSSELL, J.   Under the peculiar circumstances of this case, the assumption of liability by the defendant being the leading point at issue, the court erred in refusing to grant a new trial upon the ground of newly discovered evidence.   The matters brought to the attention of the court, while in a sense impeaching, are also susceptible of being considered as substantive proof, probably leading to a different result on another trial. Besides, the matter referred to went to the fairness of the trial itself.

*Judgment reversed.*

Complaint; from city court of Washington—Judge Tutt presiding.   September 18, 1909.

*F. H. Colley, W. A. Slaton,* for plaintiff in error.

*J. M. Pitner, John A. Boykin, George M. DuBose,* contra.

---

2195.   BLOSSER COMPANY *v.* DOONAN. .

RUSSELL, J.   1. The court erred in directing the jury to find the verdict in favor of the plaintiff, merely submitting to them the question of the amount of the recovery.   Under the evidence submitted, there was an issue as to the nature of the custom sought to be established, as well as to whether such a custom in fact existed, and it was issuable whether a new contract of bailment was made by the parties at the conclusion of the original contract.

2. While a gratuitous bailee is required to use some care and diligence for the safe-keeping of property entrusted to him, he must assent to the bailment, either expressly or impliedly, before the relationship of bailor and bailee will be established, with its consequent liabilities.

*Judgment reversed.*

DECIDED SEPTEMBER 20, 1910.

Complaint; from city court of Atlanta—Judge Calhoun. September 25, 1909.

*Kontz & Austin,* for plaintiff in error.   *Jerome Moore,* contra.